**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7425**

_____

DAVID KWON,

                  Plaintiff – Appellant,

       v.

LYDIA WILSON, A Marion Correctional Treatment Center Doctor
Psychologist,

                  Defendant – Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, Chief
District Judge. (7:10-cv-00435-gec-mfu).

_____

Submitted:  January 18, 2011     Decided:  January 28, 2011

_____

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Kwon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Kwon, a Virginia inmate, appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint as frivolous under 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Kwon v. Wilson</u>, No. 7:10-cv-00435-gec-mfu (W.D. Va. Sept. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>